# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CITIZENS BANK, N.A. f/k/a Charter One, a division of RBS Citizens, N.A. f/k/a Charter One Bank, N.A. </br></br> Plaintiff, </br></br> v. </br></br> NEW SAMS FOODMART, INC., an Illinois corporation, and HAJI M. GODIL, an individual, </br></br> Defendants. | Case No. 15 C 10494 |

## MEMORANDUM ORDER

Citizens Bank, N.A. ("Citizens Bank") has just filed this contract action against New Sams Foodmart, Inc. ("New Sams") and Haji Godil ("Godil"), invoking the diversity of citizenship branch of federal jurisdiction. Unfortunately the Complaint contains two fundamental pleading errors in that respect that has prompted this sua sponte memorandum order.

As for New Sams, Complaint ¶ 2 fails to identify one facet of corporate citizenship expressly called for by 28 U.S.C. § 1332(c)(1), for it speaks only of the corporation as being "authorized and doing business in the state of Illinois" rather than identifying its state of incorporation. And as for Godil, Complaint ¶ 3 speaks only of his place of residence, not his state of citizenship.

In that last respect such cases as Adams v. Catrambone, 359 F. 3d 858, 861 n.3 (7th Cir. 2004) command that "[w]hen the parties allege residence but not citizenship, the district court

must dismiss the suit." Because that mandate has always struck this Court as Draconian, it instead grants Citizens Bank's counsel until December 8, 2015 to file a curative amendment to the Complaint (not a fully self-contained Amended Complaint) correcting the errors identified here. In the meantime, on the assumed premise that the flaws are likely to be readily curable, this Court will cause its customary initial scheduling order to be issued.

                                                Milton I. Shadur
                                                Senior United States District Judge

Date:  November 24, 2015