# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **CITIZENS BANK, N.A.** f/k/a **CHARTER ONE**, a division of **RBS CITIZENS, N.A.** f/k/a **CHARTER ONE BANK, N.A.**, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 15 C 10494 |
| **NEW SAMS FOODMART, INC.**, an Illinois corporation, and **HAJI M. GODIL**, an individual, | ) ) ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

Counsel for defendants New Sams Foodmart, Inc. ("New Sams") and Haji Godil ("Godil") has responded to this Court's February 3, 2016 memorandum order ("Order") in a totally forthright manner -- so much so that the just-filed Amended Answer ("AA") to the Complaint brought against them by Citizens Bank, N.A. ("Citizens Bank") flat-out admits all but two of the Complaint's 38 paragraphs: (1) Complaint ¶ 15, which alleges that Citizens Bank is the successor in interest to Charter One Bank, N.A., the bank with which New Sams and Godil originally dealt (as to that allegation AA ¶ 15 asserts a Fed. R. Civ. P. 8(b)(5) disclaimer) and (2) Complaint ¶ 18, as to which AA ¶ 18 raises a question as to Citizens Bank's calculation of the amount owed to it by New Sams and Godil. Under the circumstances, the only part of the AA that this Court finds puzzling are these assertions at the end of both Count I (which is advanced against New Sams) and Count II (which is advanced against Godil):

WHEREFORE, New Sams Food Mart, Inc. and Haji M. Godil request that this Court enter an order (1) dismissing the complaint; and (2) for such other and further relief as this court deems just and proper.

Those prayers for relief are totally out of sync with the substantive responses in the AA and are therefore stricken. No further action will be taken at this time, however, because the parties have previously agreed to a next status hearing date of April 26 -- if any other action is needed before then, this Court will look to counsel for the parties to bring the case on for hearing.

_____
Milton I. Shadur
Date: February 18, 2016        Senior United States District Judge